# UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**RODRICK D. GANT**<br>**Date of Original Judgments:**<br>CR 11-131-BLG-SPW-1: September 4, 2012<br>CR 11-140-BLG-SPW-2: February 15, 2013<br>**Reason for Amendment:** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: CR 11-131-BLG-SPW-1<br>CR 11-140-BLG-SPW-2<br><br>USM Number: **11519-046**<br>**Palmer A. Hoovestal**<br>Defendant's Attorney |

| | | | |
|---|---|---|---|
| ☐ | Correction of sentence on remand (18 U.S.C. 3742(f)(1) and (2)) | ☐ | Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e)) |
| ☐ | Reduction of Sentence for Changed Circumstances (Fed.R.Crim.P.35(b)) | ☐ | Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1)) |
| ☐ | Correction of Sentence by Sentencing Court (Fed.R.Crim.P.36) | ☐ | Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) top the Sentencing Guidelines (18 U.S.C. § 3582(c)(2)) |
| ☐ | Correction of Sentence for Clerical Mistake (Fed.R.Crim.P.36) | ☒ | Direct Motion to District Court Pursuant ☒ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7) |
| | | ☐ | Modification of Restitution Order (18 U.S.C. § 3664) |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☒ | pleaded guilty to count(s) | **CR 11-131-BLG-SPW-1: 1 and 4 of the Indictment**<br>**CR 11-140-BLG-SPW-2: 1 and 3 of the Indictment** |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| CR 11-131-BLG-SPW-1: | | |
| 18:922A.F False Statement During Firearms Transaction | 9/13/2010 | 1 |
| 18:922A.F False Statement During Firearms Transaction | 3/9/2011 | 4 |
| | | |
| CR 11-140-BLG-SPW-2: | | |
| 18:1951.F Conspiracy To Commit Robbery Affecting Commerce | 11/30/2011 | 1 |
| 18:922G.F Possession Of A Firearm By Person Convicted Of Misdemeanor Crime Of Domestic Violence | 11/30/2011 | 3 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**December 12, 2019**
Date of Imposition of Judgment


Signature of Judge

**Susan P. Watters**
**United States District Judge**
Name and Title of Judge

**December 12, 2019**
Date

FILED
DEC 13 2019
Clerk, U S District Court
District Of Montana
Billings

DEFENDANT: RODRICK D. GANT
CASE NUMBERS: CR 11-131-BLG-SPW-1
CR 11-140-BLG-SPW-2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: CR 11-131-BLG-SPW-1: time served with no supervision to follow; CR 11-140-BLG-SPW-2: time served with no supervision to follow. The terms in each case shall run concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____  ☐ a.m.  ☐ p.m.  on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL